HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; and MARINE OFFICE OF AMERICA CORPORATION, a New York corporation,<br><br>Defendants. | NO. 3:13-cv-0443 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY stipulated by counsel for the parties hereto that all claims and counterclaims between plaintiff and defendants in this action arising from the following underlying actions should be dismissed with prejudice and without costs:

1) *Schwab v. Asbestos Defendants, et al.* (Case No. 452362, Cal. Super. Ct., San Francisco County);

2) *John Madrid v. Alfa Laval, Inc., et al.* (Case No. BD462851, Cal. Super. Ct., Los Angeles County);

STIPULATION AND ORDER OF DISMISSAL – 1
No. 3:13-cv-0443 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

3) *George Player v. Asbestos Defendants* (No. CGC-08-274672, San Francisco County);

4) *Vincent Assalone v. Bell & Gossett Co.* (Case No. 190144-11, NY Supreme Court, New York County).

The remaining claims and counterclaims between plaintiff and defendants in this action should be dismissed without prejudice and without costs.

DATED this 6th day of September, 2013.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Weyerhaeuser Company

By *Susannah C. Carr*
    Franklin D. Cordell, WSBA #26392
    Susannah C. Carr, WSBA #38475
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154
    Telephone: (206) 467-6477
    Facsimile: (206) 467-6292
    Email:    fcordell@gordontilden.com
    Email:    scarr@gordontilden.com

**BETTS, PATTERSON & MINES, P.S.**
Attorneys for Defendants Continental Insurance Company
and Marine Office of America Corporation

By *Sarah M. Shields*
    Sarah M. Shields, WSBA #45767
    One Convention Place
    701 Pike Street, Suite 1400
    Seattle, WA 98101-3927
    Telephone: (206) 292-9988
    Email:    sshields@bpmlaw.com

STIPULATION AND ORDER OF DISMISSAL – 2
No. 3:13-cv-0443 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## ORDER OF DISMISSAL

Based upon the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and counterclaims between plaintiff and defendants in this action arising from the following underlying actions are dismissed with prejudice and without costs:

1) *Schwab v. Asbestos Defendants, et al.* (Case No. 452362, Cal. Super. Ct., San Francisco County);

2) *John Madrid v. Alfa Laval, Inc., et al.* (Case No. BD462851, Cal. Super. Ct., Los Angeles County);

3) *George Player v. Asbestos Defendants* (No. CGC-08-274672, San Francisco County);

4) *Vincent Assalone v. Bell & Gossett Co.* (Case No. 190144-11, NY Supreme Court, New York County).

The remaining claims and counterclaims between plaintiff and defendants in this action are dismissed without prejudice and without costs.

DATED this 9th day of September, 2013.

_____
Hon. James L. Robart
United States District Judge

**Presented by:**

GORDON TILDEN THOMAS & CORDELL LLP

By _s/Susannah C. Carr_
    Susannah C. Carr, WSBA #38475
Attorneys for Plaintiff Weyerhaeuser Company

STIPULATION AND ORDER OF DISMISSAL – 3
No. 3:13-cv-0443 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

BETTS, PATTERSON &MINES, P.S.

By  *s/Sarah M. Shields*
 Sarah M. Shields, WSBA #45767
Attorneys for Defendants Continental Insurance Company
and Marine Office of America Corporation

STIPULATION AND ORDER OF DISMISSAL -- 4
No. 3:13-cv-0443 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

Counsel for Defendants

Sarah M. Shields
Lawrence Gottlieb
Betts Patterson Mines
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101
Email:  sshields@bpmlaw.com
        lgottlieb@bpmlaw.com

*s/Susannah C. Carr*
Susannah C. Carr, WSBA #38475

STIPULATION AND ORDER OF DISMISSAL – 5
No. 3:13-cv-0443 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292